# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

April West, Shenita Horton,
Natalie Espinoza, Shira Raymond,
Awilda Bosque, Bobbie Prescott,
Julette Murphy, Elizabeth Torres,
Caroline Wesley, Mary Ranson,
Angela Clements, Clara Trujillo,
Jeffrey Polinske, Rafael Garcia, Jr.,              Case No. 08-CV-670
and Desiree Seamster, individually
and on behalf of all other similarly
situated persons,

             Plaintiffs,

v.

Karen Timberlake, Jason Helgerson,
Corey Hoze, and Felice Riley,

             Defendants.

## ORDER AMENDING CLASS DEFINITION

      This court issued an order certifying this case as a class action (Docket #31) on April 8, 2009. The definition of the class assumed that the Milwaukee County Department of Health and Human Services would continue to process applications and other eligibility documents for Milwaukee County residents.

      Counsel for the plaintiffs and state defendants have now filed an agreement with the court (Docket #33) in which they describe plans for a state takeover of the Milwaukee County income maintenance program. Because the Wisconsin Department of Health Services will be directly responsible for the administration of

the Milwaukee County income maintenance programs, the definition of the class should be amended.

Counsel for the plaintiffs, the state defendants and the county defendants have agreed to the following class definition:

> All eligible applicants for, and recipients of, Food Share, Medical Assistance (MA), and Badger Care Plus who reside in Milwaukee County with the exception of: MA recipients who also receive Supplemental Security Income (SSI) or foster care; and, applicants for, and recipients of, Katie Beckett MA, SeniorCare, BadgerCare Plus Core Plan for Childless Adults, Family Care, or a home and community-based waivers program under section 1915 of the Social Security Act.

Accordingly,

**IT IS ORDERED** that the class be described as follows:

> All eligible applicants for, and recipients of, Food Share, Medical Assistance (MA), and Badger Care Plus who reside in Milwaukee County with the exception of: MA recipients who also receive Supplemental Security Income (SSI) or foster care; and, applicants for, and recipients of, Katie Beckett MA, SeniorCare, BadgerCare Plus Core Plan for Childless Adults, Family Care, or a home and community-based waivers program under section 1915 of the Social Security Act.

Dated at Milwaukee, Wisconsin, this 10th day of July, 2009.

BY THE COURT:

J.P. Stadtmueller
U.S. District Judge

-2-

Case 2:08-cv-00670-JPS   Filed 07/10/09   Page 2 of 2   Document 37