# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

April West, Shenita Horton,
Natalie Espinoza, Shira Raymond,
Awilda Bosque, Bobbie Prescott,
Julette Murphy, Elizabeth Torres,
Caroline Wesley, Mary Ranson,
Angela Clements, Clara Trujillo,
Jeffrey Polinske, Rafael Garcia, Jr.,           Case No. 08-CV-670
and Desiree Seamster, individually
and on behalf of all other similarly
situated persons,

                  Plaintiffs,

vs.

Karen Timberlake, Jason Helgerson,
Corey Hoze, and Felice Riley,

                  Defendants.

## ORDER STAYING FURTHER PROCEEDINGS

This action was filed on July 7, 2008, in Milwaukee County Circuit Court seeking declaratory and injunctive relief against defendants for violating federal and state laws in implementing and administering the Food Stamp, Medical Assistance and Badger Care Plus programs in Milwaukee County. On August 6, 2008, state defendants filed a Notice of Removal to the United States District Court for the Eastern District of Wisconsin. (Docket #1).

The court certified this case as a class action in an order dated April 8, 2009, (Docket #31) and subsequently issued an order amending the definition of the class. (Docket #37).

The Scheduling Order in this case (Docket #5) requires the parties to file dispositive motions by June 16, 2009.

The plaintiffs and the state defendants have now jointly requested that this court stay further proceedings in this case and have filed their Settlement Agreement Between All Plaintiffs and Defendants Karen Timberlake and Jason Helgerson (Docket #33). As explained in their agreement, the state defendants have begun to take over direct administration of the Food Stamp, Medical Assistance and BadgerCare Plus (income maintenance) programs in Milwaukee. The transition to state administration will occur in several stages, with complete takeover scheduled to begin January 1, 2010. Plaintiffs and State defendants believe that improved services will result from this change in administration. Counsel for defendants Corey Hoze and Felice Riley has no objection to the request for a stay.

A hearing was held in this matter on July 1, 2009, at which counsel for the plaintiffs and the state defendants appeared. This court advised counsel that any approval of the specific terms of their settlement agreement would be postponed, subject to a hearing under Fed. Rules of Civ.P. Rule 23(e).

Accordingly,

-2-

Case 2:08-cv-00670-JPS   Filed 07/10/09   Page 2 of 3   Document 38

**IT IS ORDERED** that all further proceedings in this case be stayed;

**IT IS FURTHER ORDERED** that plaintiffs and state defendants shall submit a written report to the court on or before **June 15, 2010**, detailing the progress of the state takeover of the administration of the income maintenance programs in Milwaukee County.

Dated at Milwaukee, Wisconsin, this 10th day of July, 2009.

BY THE COURT:

J.P. Stadtmueller
U.S. District Judge